IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Roderick Jerome English, | ) | C/A No. 1:13-2856-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| vs. | ) | |
| | ) | |
| Dr. Pacote, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The *pro se* plaintiff, Roderick Jerome English, is an inmate with the South Carolina

Department of Corrections (SCDC). He brings this action pursuant to 42 U.S.C. § 1983

contending that the defendant, a doctor at Bryan Psychiatric Hospital who previously treated

him, has refused to verify his medications with SCDC.

The Magistrate Judge assigned to this action[1] has prepared a Report and

Recommendation and opines that the complaint should be summarily dismissed. The Report

sets forth in detail the relevant facts and standards of law on this matter, and the court

incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and

Recommendation. Although the plaintiff did not file specific objections to the Report, the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule
73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no
presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews
v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions
of the Report and Recommendation to which specific objection is made, and the court may accept, reject,
or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the
Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

plaintiff asks this court to transfer this case back to the Richland County Clerk of Court. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

As the Magistrate Judge properly opines, plaintiff has failed to provide any facts to show that the defendant is currently responsible for plaintiff's medical care or treatment. Thus, plaintiff's allegations fail to demonstrate that defendant's alleged conduct rises to the level of deliberate indifference to a serious medical need. Additionally, plaintiff's claims of negligence and medical malpractice are not actionable under § 1983.

As this court declines to exercise supplemental jurisdiction over any state law causes of action raised in the complaint, plaintiff's request for this court to transfer his case to Richland County to avoid a new filing fee is denied.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and adopts and incorporates it herein by reference. Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

April 1, 2014
Columbia, South Carolina

2